# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DONALD WILBURN,

    Petitioner,

v.                                    Case No. 09-11022

GARY CAPELLO,

    Respondent.
                                        /

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus, Declining to Issue a Certificate of Appealability, and Denying Leave to Proceed *In Forma Pauperis* on Appeal" dated July 29, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Gary Capello and against Petitioner Donald Wilburn. Dated at Detroit, Michigan, this 29th day of July 2011.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  S/ Lisa Wagner
                                            By: Lisa Wagner, Case Manager
                                                 to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-11022.WILBURN.Judgment.nkt.wpd